**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James D Randolph, Jr. |
| Debtor 2 (Spouse, if filing) | LaShonne D Randolph |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-08051 |

Form 4100R

# Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2

**Court claim no.** (if known) NA

**Last 4 digits** of any number you use to identify the debtor's account: 3821

**Property address:** 3012 201st Street
Number      Street

Lynwood      IL      60411
City      State      Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of , is:

a. Total postpetition ongoing payments due:       (a) $22,505.90

b. Total fees, charges, expenses, escrow, and costs outstanding:    +  (b) _____

c. Total. Add lines a and b.        (c) $22,505.90

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   06/01/2015

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

MM / DD / YYYY

| Debtor 1 | James D Randolph, Jr. | Case number *(if known)* | 13-08051 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ❏ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**x** /s/ Peter C. Bastianen               Date   3/17/2017
   Signature

Print    Peter C. Bastianen                Title   Attorney for Creditor
         First Name   Middle Name   Last Name

Company  Codilis & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  15W030 North Frontage Road, Suite 100
         Number     Street

         Burr Ridge          IL        60527
         City                State     ZIP Code

Contact phone  (630) 794-5300            Email   ND-Three@il.cslegal.com

File #14-16-12377

13-08051

# CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 17, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 20, 2017.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
James D Randolph, Jr., LaShonne D Randolph, Debtor(s), 3012 201st Street, Lynwood, IL 60411
Nathan E Delman, Attorney for Debtor(s), 20 South Clark 28th Floor, Chicago, IL 60603 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


                                                    /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Scott T. Zale ARDC#6304376
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 C&A FILE (14-16-12377)

NOTE: This law firm is a debt collector.

| Due Date | Due Amt | Amt Received Date | Amt Received |
|---|---|---|---|
| **6/1/2015** | **$931.72** | **Due** | |
| 7/1/2015 | $931.72 | | |
| 8/1/2015 | $931.72 | | |
| 9/1/2015 | $931.72 | | |
| 10/1/2015 | $1,027.49 | | |
| 11/1/2015 | $1,027.49 | | |
| 12/1/2015 | $1,027.49 | | |
| 1/1/2016 | $1,027.49 | | |
| 2/1/2016 | $1,027.49 | | |
| 3/1/2016 | $1,027.49 | | |
| 4/1/2016 | $1,027.49 | | |
| 5/1/2016 | $1,027.49 | | |
| 6/1/2016 | $1,027.49 | | |
| 7/1/2016 | $1,027.49 | | |
| 8/1/2016 | $1,027.49 | | |
| 9/1/2016 | $1,068.09 | | |
| 10/1/2016 | $1,068.09 | | |
| 11/1/2016 | $1,068.09 | | |
| 12/1/2016 | $1,068.09 | | |
| 1/1/2017 | $1,068.09 | | |
| 2/1/2017 | $1,068.09 | | |
| 3/1/2017 | $1,068.09 | | |
| **Total** | **$22,505.90** | **($22,505.90)** | **$0.00** |